AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )    Case No.    2:21-cr-731
)
Information associated with the Facebook Account  )
particularly described in Attachment A to the Affidavit of  )
S/A Kenneth D. Hawsey dated August 11, 2021  )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the _____Judicial_____ District of _____South Carolina_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1591(a)(1), 1594 (a) | Sex trafficking of children/attempted sex trafficking of children |
| 18 USC 2423(a) | Transporting minor for sex |
| 18 USC 371 | Conspiracy |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kenneth Hawsey, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 11, 2021

_____
*Judge's signature*

City and state: Charleston, South Carolina

Mary Gordon Baker, U.S. Magistrate Judge
*Printed name and title*